No. 86–803. BOOS ET AL. *v.* BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. [Certiorari granted, 479

U. S. 1083.] Motion of Legal Affairs Council et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.